# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| LONGO et al | |
|---|---|
| Plaintiff(s), | |
| v. | Civil NO: 5:19-CV-00192-JPB |
| WHEELING HOSPITAL, INC. et al | |
| Defendant(s). | |

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Meena T. Sinfelt, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 6-25-2019

United States District Judge