# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# WHEELING

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* LOUIS LONGO, | * * |
| Plaintiff, | * CIVIL ACTION NO. 5:19-cv-192-JPB * * (Judge Bailey) * |
| v. | * * |
| WHEELING HOSPITAL, INC., R & V ASSOCIATES, LTD., and RONALD L. VIOLI; | * * * * |
| Defendants. | * |

## [PROPOSED] ORDER GRANTING THE UNITED STATES OF AMERICA AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS

AND NOW, upon consideration of the *Agreed Motion to Extend the Time for the United States of America to Respond to Defendants' Motions to Dismiss* its Complaint in Intervention, the Court GRANTS the United States an extension until August 19, 2019, to respond to each of the Defendants' Motions to Dismiss (ECF Nos. 104, 106, 108).

**SO ORDERED.**

DATED: July 29, 2019

BY THE COURT:

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE