**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING**

**UNITED STATES OF AMERICA** *ex rel.*,
**LOUIS LONGO,**

        Plaintiffs,

**v.**                                           **CIVIL ACTION NO. 5:19-CV-192
(BAILEY)**

**WHEELING HOSPITAL, INC.,
R&V ASSOCIATES, LTD.,** and
**RONALD L. VIOLI,**

        Defendants.

## ORDER

For the reasons stated at the September 20, 2019, Evidentiary Hearing, the deposition of Ronald L. Violi shall be held on Wednesday, September 25, 2019, at 10:00 a.m., and Friday, September 27, 2019, at 10:00 a.m., at UPMC Hospital or at Mr. Violi's residence. All conditions previously set forth in this Court's June 25, 2019, Order [Doc. 84] will govern the deposition.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: September 23, 2019.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

1