| AO 435 (Rev. 04/18) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY |
|---|---|---|
| | **TRANSCRIPT ORDER** | DUE DATE: |

*Please Read Instructions:*

| 1. NAME<br>Kristen Andrews Wilson | 2. PHONE NUMBER<br>(304) 233-0000 | 3. DATE<br>9/23/2019 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL<br>kristen.andrews-wilson@steptoe-johnson.com | 5. CITY<br>Wheeling | 6. STATE<br>WV | 7. ZIP CODE<br>26003 |
| 8. CASE NUMBER<br>5:19-cv-192 | 9. JUDGE<br>Bailey | DATES OF PROCEEDINGS | |
| | | 10. FROM 9/20/2019 | 11. TO 9/20/2019 |
| 12. CASE NAME<br>USA ex rel. Longo v. Wheeling Hospital, et al. | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Wheeling | 14. STATE WV |

**15. ORDER FOR**
- [ ] APPEAL
- [x] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) evidentiary hearing | 9/20/2019 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [x] | [ ] | NO. OF COPIES | 28.00 | 102.20 |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |
| | CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges (deposit plus additional). | | | ESTIMATE TOTAL | 102.20 |

| 18. SIGNATURE | /s/ K.A. | PROCESSED BY | |
|---|---|---|---|
| 19. DATE | 9-23-19 | PHONE NUMBER | |

| TRANSCRIPT TO BE PREPARED BY<br>Cindy Knecht PO Box 326 Wheeling, WV 26003 | COURT ADDRESS | |
|---|---|---|

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 102.20 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 102.20 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | -0-  ~~102.20~~ |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY