IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* LOUIS LONGO, | ) ) ) | CIVIL ACTION NO. 5:19-CV-192 (JUDGE BAILEY) |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| WHEELING HOSPITAL, INC., R & V ASSOCIATES, LTD., and RONALD L. VIOLI, | ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF SETTLEMENT AND**
**STIPULATED MOTION FOR 21-DAY EXTENSION OF STAY**

All Parties, through their undersigned counsel, respectfully submit this notice of settlement and request that the Court enter the attached Proposed Order extending the stay of this litigation by 21 days. In support, the Parties state as follows:

1. On January 6, 2020, this Court granted the Parties' stipulated request to stay this litigation for 60 days for purposes of settlement discussions, *see* ECF Nos. 197, 198. On March 5, May 5, and July 7, the Court granted the Parties' stipulated requests to extend the stay by 60 days, *see* ECF Nos. 200, 205, 210.

2. On September 8, 2020, the United States, Wheeling Hospital, and Relator Louis Longo executed a settlement agreement resolving this lawsuit. In accordance with that agreement, Wheeling Hospital will pay a settlement amount to the United States via wire transfer within 14 days. Thereafter, the parties will submit a joint stipulation dismissing this lawsuit. The parties respectfully request that the Court extend its stay over these proceedings an additional 21 days to

permit Wheeling Hospital to transfer the settlement amount and to permit the parties to file a stipulated dismissal of this lawsuit.

Dated:  September 8, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

WILLIAM J. POWELL
United States Attorney
Northern District of West Virginia

/s/ Rohith V. Srinivas
ROHITH V. SRINIVAS
LAURIE A. OBEREMBT
Attorneys, Civil Division
U.S. Department of Justice
175 N Street, N.E.
Washington, D.C. 20002
(202) 307-6604
Rohith.V.Srinivas@usdoj.gov

/s/ Christopher J. Prezioso
CHRISTOPHER J. PREZIOSO
Assistant United States Attorney
WV Bar No. 9384
Northern District of West Virginia
1125 Chapline Street, Suite 3000
Wheeling, WV 26003
(304) 234-7746
Christopher.J.Prezioso@usdoj.gov

*Attorneys for the United States*

/s/ Amy L. Easton
AMY L. EASTON
Phillips & Cohen LLP
2000 Massachusetts Ave NW
Washington, DC 20036

/s/ Jeffrey W. Dickstein
JEFFREY W. DICKSTEIN
Phillips & Cohen LLP
200 S Biscayne Blvd # 2790
Miami, FL 33131

/s/ Christina S. Terek
CHRISTINA S. TEREK
Spilman Thomas & Battle, PLLC
1233 Main St
Wheeling, WV 26003

*Attorneys for Louis Longo*

/s/ Marc B. Chernenko
Marc B. Chernenko
William E. Watson & Associates
PO Box 111
Wellsburg, WV 26070
304-737-0881
304-737-9853 (fax)
wewalaw@aol.com

/s/ Meena T. Sinfelt
Meena T. Sinfelt
William R. Martin
David Frazee
Barnes & Thornburg, LLP
1717 Pennsylvania Avenue, NW, Suite 500
Washington, D.C. 20006-4623
Telephone: (202) 371-6378
Meena.Sinfelt@btlaw.com

*Attorneys for Wheeling Hospital, Inc.*

/s/ Kristen Andrews Wilson
Kristen Andrews Wilson, Esq. (WV 11342)
Steptoe & Johnson PLLC
1233 Main Street, Suite 3000
P.O. Box 751
Wheeling, WV 26003
Phone: (304) 233-0000
Fax: (304) 233-0014

/s/ Stephen S. Stallings
Stephen S. Stallings
310 Grant Street, Suite 3600
Pittsburgh, PA 15219
T: 412.322.7777
F: 412.322.7773
attorney@stevestallingslaw.com

/s/ Kerry Brainard Verdi
Kerry Brainard Verdi
Benjamin R. Ogletree
Verdi & Ogletree PLLC
1325 G Street, NW, Suite 500
Washington, DC 20005
phone: 202.449.7703
fax: 202.449.7701
kverdi@verdiogletree.com
bogletree@verdiogletree.com

*Attorneys for R&V Associates, Ltd. and Ronald L. Violi*

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 8, 2020, I electronically filed the foregoing Notice and Stipulated Motion using the Court's CM/ECF system, which will send a notice of filing to all counsel of record.

/s/ Christopher J. Prezioso
CHRISTOPHER J. PREZIOSO
Assistant United States Attorney
WV Bar No. 9384
Northern District of West Virginia
1125 Chapline Street, Suite 3000
Wheeling, WV 26003
(304) 234-7746
Christopher.J.Prezioso@usdoj.gov