# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# WHEELING

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* LOUIS LONGO, )<br><br>Plaintiff, )<br><br>v. )<br><br>WHEELING HOSPITAL, INC., R & V ASSOCIATES, LTD., and RONALD L. VIOLI, )<br><br>Defendants. ) | CIVIL ACTION NO. 5:19-cv-192<br>(JUDGE BAILEY) |

## ORDER GRANTING 21-DAY EXTENSION OF STAY

AND NOW, upon consideration, the Court GRANTS the Parties' Stipulated Motion for 21-Day Extension of Stay. The Court ORDERS that the stay over this litigation shall be extended in all respects for 21 days from the date of this Order, during which time all deadlines set forth in the Court's Scheduling Order, *see* ECF No. 116, shall continue to be tolled.

**SO ORDERED.**


DATED: _____, 2020        BY THE COURT:

_____
JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE