**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**WHEELING**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ) | |
| LOUIS LONGO, ) | CIVIL ACTION NO. 5:19-cv-192 |
| ) | (JUDGE BAILEY) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WHEELING HOSPITAL, INC., ) | |
| R & V ASSOCIATES, LTD., and ) | |
| RONALD L. VIOLI, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING 21-DAY EXTENSION OF STAY**

AND NOW, upon consideration, the Court GRANTS the Parties' Stipulated Motion for

21-Day Extension of Stay. The Court ORDERS that the stay over this litigation shall be extended

in all respects for 21 days from the date of this Order, during which time all deadlines set forth in

the Court's Scheduling Order, *see* ECF No. 116, shall continue to be tolled.

**SO ORDERED.**

DATED: **Sept. 9**          , 2020       BY THE COURT:

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE