# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### WHEELING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* LOUIS LONGO, | ) ) ) | CIVIL ACTION NO. 5:19-CV-192 (JUDGE BAILEY) |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| WHEELING HOSPITAL, INC., R & V ASSOCIATES, LTD., and RONALD L. VIOLI, | ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41, the parties to this action, through their undersigned counsel, hereby stipulate to the dismissal of this action pursuant to the terms and conditions of the Settlement Agreement that the United States, Wheeling Hospital, Inc., and Relator Louis Longo entered into effective September 8, 2020. Consistent with the terms of the Settlement Agreement, (1) Relator dismisses all claims in this action with prejudice, and (2) the United States dismisses all claims in this action with prejudice as to Wheeling Hospital, Inc. and without prejudice as to R&V Associates, Ltd. and Ronald Violi.

Dated:  September 10, 2020	Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

WILLIAM J. POWELL
United States Attorney
Northern District of West Virginia

/s/ Rohith V. Srinivas
ROHITH V. SRINIVAS
LAURIE A. OBEREMBT
Attorneys, Civil Division
U.S. Department of Justice
175 N Street, N.E.
Washington, D.C. 20002
(202) 307-6604
Rohith.V.Srinivas@usdoj.gov

/s/ Christopher J. Prezioso
CHRISTOPHER J. PREZIOSO
Assistant United States Attorney
WV Bar No. 9384
Northern District of West Virginia
1125 Chapline Street, Suite 3000
Wheeling, WV 26003
(304) 234-7746
Christopher.J.Prezioso@usdoj.gov

*Attorneys for the United States*

/s/ Amy L. Easton
AMY L. EASTON
Phillips & Cohen LLP
2000 Massachusetts Ave NW
Washington, DC 20036

/s/ Jeffrey W. Dickstein
JEFFREY W. DICKSTEIN
Phillips & Cohen LLP
200 S Biscayne Blvd # 2790
Miami, FL 33131

/s/ Christina S. Terek
CHRISTINA S. TEREK
Spilman Thomas & Battle, PLLC
1233 Main St
Wheeling, WV 26003

*Attorneys for Louis Longo*

<div style="margin-left:50%">

<u>/s/ Marc B. Chernenko</u>
Marc B. Chernenko
William E. Watson & Associates
PO Box 111
Wellsburg, WV 26070
304-737-0881
304-737-9853 (fax)
wewalaw@aol.com

<u>/s/ Meena T. Sinfelt</u>
Meena T. Sinfelt
William R. Martin
David Frazee
Barnes & Thornburg, LLP
1717 Pennsylvania Avenue, NW, Suite 500
Washington, D.C. 20006-4623
Telephone: (202) 371-6378
Meena.Sinfelt@btlaw.com

*Attorneys for Wheeling Hospital, Inc.*

</div>

/s/ Kristen Andrews Wilson
Kristen Andrews Wilson, Esq. (WV 11342)
Steptoe & Johnson PLLC
1233 Main Street, Suite 3000
P.O. Box 751
Wheeling, WV 26003
Phone:  (304) 233-0000
Fax:  (304) 233-0014

/s/ Stephen S. Stallings
Stephen S. Stallings
310 Grant Street, Suite 3600
Pittsburgh, PA 15219
T: 412.322.7777
F: 412.322.7773
attorney@stevestallingslaw.com

/s/ Kerry Brainard Verdi
Kerry Brainard Verdi
Benjamin R. Ogletree
Verdi & Ogletree PLLC
1325 G Street, NW, Suite 500
Washington, DC 20005
phone:  202.449.7703
fax:  202.449.7701
kverdi@verdiogletree.com
bogletree@verdiogletree.com

*Attorneys for R&V Associates, Ltd. and Ronald L. Violi*

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2020, I electronically filed the foregoing Stipulation of Dismissal using the Court's CM/ECF system, which will send a notice of filing to all counsel of record.

/s/ Christopher J. Prezioso
CHRISTOPHER J. PREZIOSO
Assistant United States Attorney
WV Bar No. 9384
Northern District of West Virginia
1125 Chapline Street, Suite 3000
Wheeling, WV 26003
(304) 234-7746
Christopher.J.Prezioso@usdoj.gov