### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### WHEELING

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* LOUIS LONGO, ) ) ) | CIVIL ACTION NO. 5:19-cv-192 (JUDGE BAILEY) |
| Plaintiff, ) ) | |
| v. ) ) | |
| WHEELING HOSPITAL, INC., R & V ASSOCIATES, LTD., and RONALD L. VIOLI, ) ) ) ) | |
| Defendants. ) | |

### ORDER OF DISMISSAL

AND NOW, upon consideration of the Parties' Stipulation of Dismissal, the Court ORDERS that (1) Relator's claims in this action are dismissed with prejudice, and (2) the United States' claims in this action are dismissed with prejudice as to Wheeling Hospital, Inc. and without prejudice as to R&V Associates, Ltd. and Ronald Violi.

The Clerk is directed to close the case.

**SO ORDERED.**

DATED: **September 10**, 2020

BY THE COURT:

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE